# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 21, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134665(78)

FRANK J. TOMECEK, JR., and
JANIS H. TOMECEK,
      Plaintiffs-Appellees,

v

SC: 134665
COA: 258907
Berrien CC: 02-003707-CH

ANDREW LUCIAN BAVAS, JOYCE BAVAS, INEZ
HILDEGARD BAVAS, STANLEY FRANCIS STASCH,
JULIA STASCH, MARTHA STASCH, PATRICIA M.
CURTNER, TIMOTHY V.McGREE, PETER A. STRATIGOS,
ALICE M. STRATIGOS, PAMELA KRUEGER, DEVEREAUX
BOWLY, JR., DAVID N. DERBYSHIRE, ELLEN R. LA FOUNTAIN,
JONATHAN RODGERS, ROYAL KENNEDY RODGERS,
LEE STAHL, III, and SUSAN STAHL,
      Defendants-Appellants,
and

INDIANA MICHIGAN POWER COMPANY, d/b/a
AMERICAN ELECTRIC POWER COMPANY, INC.,
MICHIGAN DEPARTMENT OF LABOR AND
ECONOMIC GROWTH, and BERRIEN COUNTY
DRAIN COMMISSIONER,
      Defendants-Appellees,
and

DANIEL JOHNSON, et al,
      Defendants.

_____

      On order of the Chief Justice, the motion by plaintiffs-appellees for extension to August 15, 2008 of the time for filing their brief and appendix is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 21, 2008

_____
Clerk